JS-6

JOHN K. FLOCK ESQ. (SBN 200183)
**ZELMS ERLICH LENKOV**
20920 Warner Center Lane, Suite B
Woodland Hills, CA 91367
Phone: (480) 608-2114
Email: jflock@zellaw.com

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

ZELMS ERLICH LENKOV California | New Mexico | Arizona | Texas

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CAROLINE MARTINEZ,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION; JOHN DOE; and DOES 1 to 20;

Defendants.

Case No. 5:25-cv-02342-SSS-SPx

**ORDER REGARDING STIPULATION TO LIMIT PLAINTIFF, CAROLINE MARTINEZ'S DAMAGES AND TO REMAND CASE TO STATE COURT**

Having read and considered the Joint STIPULATION TO LIMIT PLAINTIFF, CAROLINE MARTINEZ'S DAMAGES, the Court orders that the case be REMANDED to the San Bernardino County Superior Court, Case No.: CIVRS2500836.

**IT IS SO ORDERED.**

Dated: September 15, 2026

HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE